# Sixth District Court of Appeal
## State of Florida

_____

Case Nos. 6D23-2549, 6D23-2796
CONSOLIDATED
Lower Tribunal No. 2022-CA-002766

_____

Telecia Lane,

Appellant,

v.

Mortgage Electronic Registration System, Inc., Deutsche Bank National Trust
Company and New Rez, LLC,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Larry Helms and Wayne M. Durden, Judges.

April 23, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.

Stephen Senn, Robert E. Puterbaugh, and S. Matthew Keen, of Peterson & Myers, P.A., Lakeland, for Appellant.

Nancy M. Wallace, of Akerman LLP, Tallahassee, and William P. Heller, of Akerman LLP, Fort Lauderdale, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED